AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jason Robert Birk (AKA: N/A)<br>DOB: XXXXXX<br><br>———————————————<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-00104
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 6/23/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 26, 2026 _____ in the District of ___ Columbia ___
the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2)(A) (Distribution of Child Pornography). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Sullivan, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 06/23/2026 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*