**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case: 1:26−mj−00104 |
| : | Assigned To : Sharbaugh, Matthew J. |
| **JASON ROBERT BIRK,** : | Assign. Date : 6/23/2026 |
| : | Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** : | |
| : | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging Jason Robert Birk with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A). Specifically, on or about April 26, 2026, Jason Robert Birk ("BIRK") distributed child pornography via the use of an internet application.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4.      I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as

a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251(d) "Advertisement of Child Pornography," 18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography." As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography (hereafter, the "TARGET OFFENSE") have been committed by BIRK.

**<u>PROBABLE CAUSE</u>**

7.      On April 26, 2026, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C.

8.      In that capacity, the UC was monitoring an online social media application.  The UC maintains a profile on the dating application that indicates that the UC is interested in the sexual exploitation of children.  The UC's profile page explicitly states, "No Limits Dad.  Tabu Dad looking for like minded friends…"

9.      On April 26, 2026, at approximately 9:12 am, user "Twisted_Sideways," subsequently identified as Jason Robert Birk (Birk) sent the UC a message stating, "Very much into tabu, local, and looking for likeminded friends.  Wanna Chat."  The user provided a Signal[1] account of Durtyperv.71 and a Telegram[2] account of @DurtyJ to the UC.

---

[1] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

[2] Telegram is an internet-based messaging and social-media application for smartphones, tablets, and computers. Users can transmit messages, photos, videos, and other types of files with one another. Users can also create and participate in "groups," which allow up to 200,000 users to exchange messages and files, including photos and videos. Telegram uses encryption properties to foster privacy and security in messaging. Because Telegram uses technological means to deliberately conceal the jurisdiction where its information is located, law enforcement has no means of preserving the contents of Telegram accounts or

3

10.     The UC reviewed the account of Twisted_Sideways which indicated the user lives in Washington, D.C., is 50 years old, is a white male, approximately 5'08" to 5'11", and weighs 240 to 249 lbs.  The UC also located the following profile pictures for the account,



11.     On May 5, 2026, the UC contacted Durtyperv.71 via Signal direct message and reviewed the user's Signal profile.  The UC found that the UC and Durtyperv.71 are both members of a Signal group called, "Pervy 👨 daddy's boys."  The UC knows that this group contains users who are interested in the discussion of child exploitation and the distribution of child sexual abuse material (CSAM).

12.     The UC and Durtyperv.71 conversed from May 5, 2026, until May 8, 2026. DurtyPerv.71 advised the UC that he lives in Adams Morgan and told the UC they would have to

securing the content of Telegram accounts through search warrants or other legal process. Accordingly, Telegram is subject to the type of remote search requested by this warrant pursuant to Federal Rule of Criminal Procedure 41(b)(6)(A).

get coffee sometimes.  The UC asked, "Coffee and 🍕 [3]?" and Durtyperv.71 advised, "yeah, coffee and Za."  The UC asked Durtyperv.71, "So how pervy are you 😈" and Durtyperv.71 messaged, "pervy enough to do what we do.  Not dumb enough to send someone to the hospital."  The UC indicated he was interested in the age group of "0-hair sprouting for me" and asked Durtyperv.71 if he had any "experience."  Durtyperv.71 reported, "been itching for a time now to back inside one…previously in life I have enjoyed, 2-5's, 11, 13, 2-15's  all male and several k9… I prefer to think it not really a matter of how many, but rather longevity."

13.    On May 14, 2026, the UC reviewed the contents of "Pervy 👨 daddy's boys" and found that numerous users had posted CSAM to the group from May 5, 2026, to May 14, 2026. The UC specifically located the following videos posted on May 14, 2026,

   a. Several screen recordings showing adult males masturbating while one of the male's views digital devices showing a prepubescent boys anus or mouths being penetrated by the erect penis of adult males.

   b. A screen recording of an adult male masturbating while viewing a video of an infant boy's anus being penetrated by an adult male's erect penis.

   c. A video of an adult male penetrating a sex toy with his erect penis while watching a cellular phone displaying the violent sexual abuse of a toddler boy by an adult male.

14.    On May 14, 2026, a member of the Federal Bureau of Investigation (FBI) issued an administrative subpoena to Telegram for the subscriber information and internet protocol (IP) logs for the Telegram account, @DurtyJ.

---

[3] The pizza emoji is a commonly used within the child exploitation world to indicate an interest in child pornography.

15.    On May 15, 2026, a member of the FBI issued an administrative subpoena to T-Mobile for subscriber information related to 202-528-2852.

16.    On May 18, 2026, T-Mobile provided the requested information and indicated that the account does not have a listed subscriber but has been an active account since September 26, 2026.

17.    On May 26, 2026, Telegram reported that the account is registered to a user with the phone number 202-528-2852 and had last been accessed on May 10, 2026, from an IP address of 50.242.179.142.

18.    On May 28, 2026, a member of the FBI issued an administrative subpoena to Comcast for the IP address of 50.242.179.142.

19.    On June 1, 2026, Comcast reported that the IP address, 50.242.179.142, is registered to Jubilee Housing at 2720 Ontario Road, Northwest, Washington, D.C., 20009.

20.    Your affiant conducted a records check of a commercial database and found that BIRK was associated with the phone number, 202-XXX-2852.  Your affiant also found that BIRK is a registered sex offender in Washington, D.C and his date of birth is 04-XX-1976 (50 years old). Birk was previously convicted of Distribution of Child Pornography in United States District Court for the District of Columbia in case number 18-cr-66 (RBW). Birk was also previously convicted in 2007 in the state of Ohio for two counts of Attempt to Commit Pandering Sexually oriented Matter Involving a Minor.

21.    Your affiant contacted a member of the United States Probation Office (USPO) in Washington, D.C. regarding BIRK.  The member advised that BIRK currently lives in a basement bedroom unit at XXXX Ontario Road, Northwest, Washington, D.C. (Jubilee House).  BIRK

provided the phone number 202-XXX-2852 to USPO pursuant to his sex offender registration guidelines.

22.    Your affiant located the following photograph of BIRK which was publicly available on his online sex offender registry profile.  BIRK appears to be the same person as the photographs from the social media application that contacted the UC.



23.    On June 4, 2026, USPO reported to your affiant that they suspected BIRK was using another cellular phone number which he had not reported to USPO due to calls from BIRK to USPO from a phone number that was not 202-XXX-2852.  USPO advised that BIRK had called USPO from a different phone number and insisted that he was calling from the reported phone number.

24.    On June 8, 2026, USPO advised that BIRK had called USPO from his reported phone number, 202-528-2852, and from a second phone number of 202-XXX-7271.

25.    On June 23, 2026, your affiant presented an affidavit in support of a search warrant for BIRK's residence at 2720 Ontario Road Northwest, Washington, D.C. to a United States District Court (USDC) Magistrate Judge.  The affidavit was reviewed and a USDC Magistrate

Judge authorized the search for BIRK's person and residence in the basement of 2720 Ontario Road Northwest, Washington, D.C (26-SW-199).

26.    On June 23, 2026, at approximately 0705 hours, members of the FBI CEHTTF located BIRK in front of XXXX Ontario Road Northwest, Washington, D.C.   The members stopped BIRK and searched his person pursuant to 26-SW-199.  Your affiant located a cellular phone in BIRK's front right shorts pocket that later be identified as the cellular device linked to 202-XXX-7271 and 202-XXX-2852.

27.    Members of the FBI CEHTTF executed the residential search warrant shortly after BIRK was stopped and located BIRK's room in the basement of XXXX Ontario Road Northwest, Washington, D.C.  The members searched the basement and located a Samsung Galaxy cellular phone and a Dell Laptop within BIRK's belongings.

28.    BIRK was interviewed by members of the FBI CEHTTF.

29.    BIRK reported that he has a Samsung S21 or S22 in a black tote bag and a Dell laptop under his bed in his room.  BIRK advised that he had not reported the devices to USPO and was asked if he used Nasty Kink Pigs, Telegram, and Signal.  BIRK advised he used Nasty Kink Pigs and his username is Twisted Sideways and reported he used Telegram.  BIRK reported that his Telegram account is linked to one of his two phone numbers and confirmed the Telegram username is @DurtyJ.

30.    BIRK initially denied using Signal then reported that he had used it approximately a month ago and confirmed his username is "DurtyPerv.71.  BIRK reported that he had not accessed the account recently and that it would not be on his phone.  BIRK recalled accessing a Signal group on his account and reported he was not the administrator of the group.  BIRK reported

that he had seen child pornography shared within the group.  BIRK advised that he had not reported his Nasty Kink Pigs, Telegram, or Signal accounts to USPO.

31.    BIRK indicated that he had recently started viewing child pornography again and had not done so since he was released from the Department of Corrections (DOC) for his previous conviction.  BIRK advised that anything he communicated regarding child exploitation was just talk and that he had not engaged in any hands-on offenses.  BIRK reported that the talk was done for the purpose of masturbation.

32.    A member of the FBI CEHTTF gained access to BIRK's Samsung cellular device using BIRK's biometrics pursuant to 26-SW-199.  The member reviewed the device after gaining access and located Telegram installed on the cellular device.  The member reviewed the account and determined that the account's username is @DurtyJ and found that the user had been communicating on the application recently.

33.    A review of the account led the member to locating a conversation between @DurtyJ and another user, USER 1.  USER 1 asks BIRK, "Twisted_sideways?" to which BIRK confirms by stating, "Yes sir."  USER 1 forwards a photograph of an adult males face to BIRK and BIRK responds by sending the following photograph which your affiant recognized as a photograph of BIRK,



34.    BIRK and the other user then discussed their shared interest in child exploitation, satanism, and "K9" pornography.  BIRK advised the user, "I got pedo porn.  Give me a few minutes to get situated and get them unlocked."

35.    On April 26, 2026, at approximately 12:19 am, Birk forwarded six video files which appeared to depict the sexual abuse of children by adult males and one video file of a dog engaged in a sexual act with an adult male.  Specifically one of the videos is thirty seconds long and shows an adult male penetrating the anus of a prepubescent boy with his erect penis.  The other user responds to BIRK's video files by stating, "Oh fuck yes.  HAIL SATANS PEDO COCK" and BIRK responds with, "Hail brother."

36.    BIRK continues to forward numerous video files of what appears to be the sexual abuse of prepubescent boys to the other user which includes a video file sent on April 26, 2026, at 12:24 am.  The video file is three minutes and fifty-nine seconds long and shows an adult male penetrating the anus of a prepubescent boy with his erect penis.  The boy is being held on top of the adult males penis and the adult male is pulling the boys buttocks apart while he penetrates him.

10

37.     On April 26, 2026, at 12:26 am, BIRK forwards nine videos to the other user which include two videos depicting the violent sexual abuse of a toddler by an adult male.  The adult male forcibly penetrates the toddler's anus with his erect penis in both videos while the toddler is heard crying and screaming.  Your affiant knows that these two videos are part of a series of identified videos showing the violent rape of the same toddler boy by a known suspect.  The series of videos is known to individuals interested in the sexual abuse of children as "Matt Vids."

38.     The conversation between BIRK and the user continues up until June 22, 2026, at approximately 11:50 am, when BIRK messages the user, "Sup.  How you been.  It's been a while."

**CONCLUSION**

39.     For the reasons set forth above, I submit that probable cause exists to believe that, on or about April 26, 2026, BIRK committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).  I respectfully request that a criminal complaint be issued for BIRK.

Respectfully submitted,

_____
Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on June 23, 2026.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge

11